UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON


CIVIL ACTION NO. 10-103-KSF


LINK-BELT CONSTRUCTION
EQUIPMENT COMPANY, L.P., LLLP                                        PLAINTIFF


v.                                      **JUDGMENT**


ROAD MACHINERY & SUPPLIES CO.                                      DEFENDANTS

* * * * * * * * * * *

In accordance with the opinion and order entered contemporaneously herewith, the Court,

being otherwise fully and sufficiently advised, **HEREBY ORDERS** that

(1)     Plaintiff's motion for summary judgment [DE #30] is **GRANTED**;

(2)     the Distributor Agreement between Plaintiff and Defendant dated August 14, 2006,
        and amended on March 12, 2007, having been expressly renewed to extend through
        December 31, 2007, but not thereafter, is terminable at will pursuant to § 12.6 of the
        Agreement;

(3)     Defendant's counter-claim against Plaintiff [DE #23] is **DISMISSED WITH
        PREJUDICE**;

(4)     Defendant's motion for summary judgment [DE #38] is **DENIED**;

(5)     Defendant's motion requesting oral argument on pending motions [DE #39] is
        **DENIED**;

(6)     Plaintiff's motion to strike defendant's jury demand [DE #64] is **DENIED** as moot;

(7)     judgment is entered in favor of Plaintiff;

(8)     the pretrial conference and trial of this matter, currently set for May 5, 2011 and May
        24, 2011, respectively, are hereby **SET ASIDE**;

(9)     this matter is **STRICKEN** from the active docket of the Court; and

(10)    this is a final and appealable Order and no just cause for delay exists.


This April 15, 2011.


                       **Signed By:**

                             **_Karl S. Forester_**  $KSF$

                             **United States Senior Judge**